THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JAMES A. AMUNDSEN, individually and as Personal Representative for the Estate of MARY ANN AMUNDSEN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>EXTENDICARE REIT, f/k/a EXTENDICARE, INC., a Canadian Real Estate Investment Trust d/b/a PUGET SOUND HEALTHCARE CENTER, a Washington nursing home; EXTENDICARE HEALTH SERVICES, INC., a Delaware corporation d/b/a PUGET SOUND HEALTHCARE CENTER, a Washington nursing home; EXTENDICARE HEALTH FACILITIES, INC., a Wisconsin corporation d/b/a PUGET SOUND HEALTHCARE CENTER, a Washington nursing home; EXTENDICARE HEALTH NETWORK, INC., a Wisconsin corporation d/b/a PUGET SOUND HEALTHCARE CENTER, a Washington nursing home;<br><br>Defendants. | NO. 3:12-cv-05188<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND THE COMPLAINT<br><br>**(NOTED ON MOTION CALENDAR FOR APRIL 6, 2012)** |

ORDER GRANTING PLAINTIFFS'
MOTION TO AMEND THE
COMPLAINT - 1

**RUSH, HANNULA, HARKINS & KYLER, L.L.P.**
4701 South 19th Street, Suite 300
TACOMA, WA 98405
TELEPHONE: (253) 383-5388
FAX: (253) 272-5105

1 THIS MATTER having come before the court pursuant to Plaintiffs' unopposed motion to file an Amended Complaint adding Extendicare Homes, Inc., as a defendant herein, and the court having considering the plaintiffs' motion, the declaration of plaintiffs' counsel Michael J. Fisher with exhibits filed in support thereof, and the court having reviewed the relevant files and records herein and being otherwise fully advised, it is hereby:

ORDERED, ADJUDGED AND DECREED that the Plaintiffs' unopposed motion to amend the Complaint herein to add defendant Extendicare Homes, Inc., be, and the same hereby is, GRANTED; and it is further

ORDERED, ADJUDGED AND DECREED that the Plaintiffs' may file their first amended complaint, which is attached as Exhibit A to the Declaration of Michael J. Fisher, in the present action.

DATED this 9th day of April, 2012.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/*Michael J. Fisher*
MICHAEL J. FISHER, WSBA #32778
Attorneys for Plaintiff
Rush, Hannula, Harkins & Kyler, L.L.P.
4701 S. 19th Street; Suite 300
Tacoma, WA 98405
(253) 383-5388
(253) 272-5105 (fax)
mfisher@rhhk.com

ORDER GRANTING PLAINTIFFS'
MOTION TO AMEND THE
COMPLAINT - 2

RUSH, HANNULA, HARKINS & KYLER, L.L.P.
4701 South 19th Street, Suite 300
TACOMA, WA 98405
TELEPHONE: (253) 383-5388
FAX: (253) 272-5105